# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jorge Galeas, Jr.,,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

vs.    3:11-cv-587-RJC

L. Hamilton,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

Signed: November 29, 2011

_____
Frank G. Johns, Clerk
United States District Court